No. 02–990. VOLKSWAGEN OF AMERICA, INC., ET AL. *v.* GENTRY ET AL. Ct. App. Ga. Certiorari dismissed under this Court's Rule 46. 

No. 02–479. MEDICAL BOARD OF CALIFORNIA *v.* HASON. C. A. 9th Cir. [Certiorari granted, 537 U. S. 1028.] Case removed from argument calendar for Tuesday, March 25, 2003.

No. 02–5664. SELL *v.* UNITED STATES. C. A. 8th Cir. [Certiorari granted, 537 U. S. 999.] Motion of the Solicitor General for leave to file a supplemental brief in excess of the page limit granted.

MARCH 10, 2003

No. 01–1487. MAYLE, WARDEN, ET AL. *v.* BROWN ET AL. C. A. 9th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lockyer* v. *Andrade, ante*, p. 63. 

No. 01–9879. HERBERT *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Clay* v. *United States*, 537 U. S. 522 (2003). 